CHRISTOPHER CHIOU
Acting United States Attorney
District of Nevada
Nevada Bar Number 14843
JOSHUA BRISTER
Assistant United States Attorney
501 Las Vegas Boulevard South
Suite 1100
Las Vegas, Nevada 89101
702-388-6370 (phone)
702-388-5087 (fax)
joshua.brister@usdoj.gov
*Attorney for the United States of America*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR A SEARCH AND SEIZURE WARRANT FOR CERTAIN RECORDS ASSOCIATED WITH THE FOLLOWING CELLULAR TELEPHONE NUMBER:<br><br>702-849-3055 ("**TT-1**")<br><br>SERVICED BY T-MOBILE USA, INC., LOCATED AT 4 SYLVAN WAY, PARSIPPANY, NJ 07054 ("T-MOBILE") | Case No. 2:21-MJ-00797-VCF<br><br>**MOTION TO UNSEAL** |
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR A SEARCH AND SEIZURE WARRANT FOR CERTAIN RECORDS ASSOCIATED WITH THE FOLLOWING CELLULAR TELEPHONE NUMBER:<br><br>702-578-1114 ("**TT-2**") | Case No. 2:21-MJ-00798-VCF<br><br>**MOTION TO UNSEAL** |

| | |
|---|---|
| SERVICED BY T-MOBILE USA, INC., LOCATED AT 4 SYLVAN WAY, PARSIPPANY, NJ 07054 ("T-MOBILE") | |
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR A SEARCH AND SEIZURE WARRANT FOR CERTAIN RECORDS ASSOCIATED WITH THE FOLLOWING CELLULAR TELEPHONE NUMBER:<br><br>702-481-2872 ("**TT-3**")<br><br>SERVICED BY AT&T WIRELESS, LOCATED AT 11760 US HWY 1, NORTH PALM BEACH, FL 33408 ("AT&T") | Case No. 2:21-MJ-00799-VCF<br><br>**MOTION TO UNSEAL** |
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR A SEARCH AND SEIZURE WARRANT FOR CERTAIN RECORDS ASSOCIATED WITH THE FOLLOWING CELLULAR TELEPHONE NUMBER:<br><br>702-559-2083 ("**TT-4**")<br><br>SERVICED BY CELLCO PARTNERSHIP, DBA VERIZON WIRELESS NEVADA, AFFILIATED TO VERIZON WIRELESS, LOCATED AT 180 WASHINGTON VALLEY ROAD, BEDMINSTER, NJ | Case No. 2:21-MJ-00800-VCF<br><br>**MOTION TO UNSEAL** |

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR A SEARCH AND SEIZURE WARRANT FOR CERTAIN RECORDS ASSOCIATED WITH THE FOLLOWING CELLULAR TELEPHONE NUMBER:<br><br>702-582-0818 ("**TT-5**"),<br><br>SERVICED BY T-MOBILE USA, INC., LOCATED AT 4 SYLVAN WAY, PARSIPPANY, NJ 07054 ("T-MOBILE") | Case No. 2:21-MJ-00889-VCF<br><br>**MOTION TO UNSEAL** |
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR A SEARCH AND SEIZURE WARRANT FOR CERTAIN RECORDS ASSOCIATED WITH THE FOLLOWING CELLULAR TELEPHONE NUMBER:<br><br>725-214-8312 ("**TT-6**"),<br><br>SERVICED BY T-MOBILE USA, INC., LOCATED AT 4 SYLVAN WAY, PARSIPPANY, NJ 07054 ("T-MOBILE") | Case No. 2:21-MJ-00890-VCF<br><br>**MOTION TO UNSEAL** |
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR A SEARCH AND SEIZURE WARRANT FOR CERTAIN RECORDS ASSOCIATED WITH THE FOLLOWING CELLULAR TELEPHONE NUMBER:<br><br>702-600-5765 ("**TT-7**"),<br><br>SERVICED BY CELLCO PARTNERSHIP DBA VERIZON WIRELESS, LOCATED AT 180 WASHINGTON VALLEY ROAD, BEDMINSTER, NJ 07921 ("VERIZON") | Case No. 2:21-MJ-00891-VCF<br><br>**MOTION TO UNSEAL** |

| | |
|---|---|
| AT 180 WASHINGTON VALLEY ROAD, BEDMINSTER, NJ | |
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR A SEARCH AND SEIZURE WARRANT FOR CERTAIN RECORDS ASSOCIATED WITH THE FOLLOWING CELLULAR TELEPHONE NUMBER:<br><br>702-265-4968 ("**TT-8**"),<br><br>SERVICED BY T-MOBILE USA, INC., LOCATED AT 4 SYLVAN WAY, PARSIPPANY, NJ 07054 ("T-MOBILE") | Case No. 2:21-MJ-00905-VCF<br><br>**MOTION TO UNSEAL** |
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR A SEARCH AND SEIZURE WARRANT FOR CERTAIN RECORDS ASSOCIATED WITH THE FOLLOWING CELLULAR TELEPHONE NUMBER:<br><br>949-943-6917 ("**TT-9**"),<br><br>SERVICED BY T-MOBILE USA, INC., LOCATED AT 4 SYLVAN WAY, PARSIPPANY, NJ 07054 ("T-MOBILE") | Case No. 2:21-MJ-00906-VCF<br><br>**MOTION TO UNSEAL** |

The United States of America, by Christopher Chiou, Acting United States Attorney, and Joshua Brister, Assistant United States Attorney, moves for an Order to unseal the above captioned case numbers.

This legal process for TT-1, TT-2, TT3, and TT-4 was authorized by the Honorable Cam Ferenbach, United States Magistrate Judge, District of Nevada, on October 1, 2021, and sealed at that time to protect the integrity of an ongoing investigation. Similarly, this

legal process for TT-5, TT-6, and TT-7 was authorized by the Honorable Cam Ferenbach on October 20, 2021, and sealed at that time to protect the integrity of an ongoing investigation. Finally, this legal process for TT-8 and TT-9 was authorized by the Honorable Cam Ferenbach on November 4, 2021, and sealed at that time to protect the integrity of an ongoing investigation. That investigation has resulted in an indictment that is now pending.

The Government seeks to unseal the above captioned matters so that documents can be provided in discovery.

DATED this 6th day of January, 2022.

Respectfully submitted,

CHRISTOPHER CHIOU
Acting United States Attorney
District of Nevada

*Joshua Brister*
_____
JOSHUA BRISTER
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR A SEARCH AND SEIZURE WARRANT FOR CERTAIN RECORDS ASSOCIATED WITH THE FOLLOWING CELLULAR TELEPHONE NUMBER:<br><br>702-849-3055 ("**TT-1**")<br><br>SERVICED BY T-MOBILE USA, INC., LOCATED AT 4 SYLVAN WAY, PARSIPPANY, NJ 07054 ("T-MOBILE") | Case No. 2:21-MJ-00797-VCF<br><br>**ORDER TO UNSEAL** |
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR A SEARCH AND SEIZURE WARRANT FOR CERTAIN RECORDS ASSOCIATED WITH THE FOLLOWING CELLULAR TELEPHONE NUMBER:<br><br>702-578-1114 ("**TT-2**")<br><br>SERVICED BY T-MOBILE USA, INC., LOCATED AT 4 SYLVAN WAY, PARSIPPANY, NJ 07054 ("T-MOBILE") | Case No. 2:21-MJ-00798-VCF<br><br>**ORDER TO UNSEAL** |

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR A SEARCH AND SEIZURE WARRANT FOR CERTAIN RECORDS ASSOCIATED WITH THE FOLLOWING CELLULAR TELEPHONE NUMBER:<br><br>702-481-2872 ("**TT-3**")<br><br>SERVICED BY AT&T WIRELESS, LOCATED AT 11760 US HWY 1, NORTH PALM BEACH, FL 33408 ("AT&T") | Case No. 2:21-MJ-00799-VCF<br><br>**ORDER TO UNSEAL** |
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR A SEARCH AND SEIZURE WARRANT FOR CERTAIN RECORDS ASSOCIATED WITH THE FOLLOWING CELLULAR TELEPHONE NUMBER:<br><br>702-559-2083 ("**TT-4**")<br><br>SERVICED BY CELLCO PARTNERSHIP, DBA VERIZON WIRELESS NEVADA, AFFILIATED TO VERIZON WIRELESS, LOCATED AT 180 WASHINGTON VALLEY ROAD, BEDMINSTER, NJ | Case No. 2:21-MJ-00800-VCF<br><br>**ORDER TO UNSEAL** |
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR A SEARCH AND SEIZURE WARRANT FOR CERTAIN RECORDS ASSOCIATED WITH THE FOLLOWING CELLULAR TELEPHONE NUMBER:<br><br>702-582-0818 ("**TT-5**"), | Case No. 2:21-MJ-00889-VCF<br><br>**ORDER TO UNSEAL** |

| | | |
|---|---|---|
| 1 | SERVICED BY T-MOBILE USA, INC., LOCATED AT 4 SYLVAN WAY, PARSIPPANY, NJ 07054 ("T-MOBILE") | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR A SEARCH AND SEIZURE WARRANT FOR CERTAIN RECORDS ASSOCIATED WITH THE FOLLOWING CELLULAR TELEPHONE NUMBER: | Case No. 2:21-MJ-00890-VCF |
| 7 | | **ORDER TO UNSEAL** |
| 8 | | |
| 9 | | |
| 10 | 725-214-8312 ("**TT-6**"), | |
| 11 | SERVICED BY T-MOBILE USA, INC., LOCATED AT 4 SYLVAN WAY, PARSIPPANY, NJ 07054 ("T-MOBILE") | |
| 12 | | |
| 13 | | |
| 14 | IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR A SEARCH AND SEIZURE WARRANT FOR CERTAIN RECORDS ASSOCIATED WITH THE FOLLOWING CELLULAR TELEPHONE NUMBER: | Case No. 2:21-MJ-00891-VCF |
| 15 | | **ORDER TO UNSEAL** |
| 16 | | |
| 17 | | |
| 18 | 702-600-5765 ("**TT-7**"), | |
| 19 | SERVICED BY CELLCO PARTNERSHIP DBA VERIZON WIRELESS, LOCATED AT 180 WASHINGTON VALLEY ROAD, BEDMINSTER, NJ 07921 ("VERIZON") AT 180 WASHINGTON VALLEY ROAD, BEDMINSTER, NJ | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR A SEARCH AND SEIZURE WARRANT FOR CERTAIN RECORDS ASSOCIATED WITH THE FOLLOWING CELLULAR TELEPHONE NUMBER:<br><br>702-265-4968 ("**TT-8**"),<br><br>SERVICED BY T-MOBILE USA, INC., LOCATED AT 4 SYLVAN WAY, PARSIPPANY, NJ 07054 ("T-MOBILE") | Case No. 2:21-MJ-00905-VCF<br><br>**ORDER TO UNSEAL** |
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR A SEARCH AND SEIZURE WARRANT FOR CERTAIN RECORDS ASSOCIATED WITH THE FOLLOWING CELLULAR TELEPHONE NUMBER:<br><br>949-943-6917 ("**TT-9**"),<br><br>SERVICED BY T-MOBILE USA, INC., LOCATED AT 4 SYLVAN WAY, PARSIPPANY, NJ 07054 ("T-MOBILE") | Case No. 2:21-MJ-00906-VCF<br><br>**ORDER TO UNSEAL** |

Based upon the Motion of the Government, and good cause appearing, **IT IS HEREBY ORDERED** that the above captioned matters and all documents filed therein are unsealed.

DATED this 7th day of January, 2022.

_____
THE HONORABLE CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE